UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>RUBEN CONTRERAS MACHUCA and SILVIA OCHOA GOMEZ, individually and d/b/a CENTENNIAL BAR AND GRILL A/K/A CENTENIAL RANCH SPORTS BAR AND GRILL,<br><br>        Defendants. | No. 2:13-cv-01228-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The status conference scheduled for hearing on September 30, 2013, is continued to commence at 9:00 a.m. on March 21, 2014. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: September 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge