UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> RUBEN CONTRERAS MACHUCA and SILVIA OCHOA GOMEZ, individually and d/b/a CENTENNIAL BAR AND GRILL A/K/A CENTENIAL RANCH SPORTS BAR AND GRILL, <br><br>            Defendants. | No. 2:13-cv-01228-GEB-KJN <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff's Status Report filed March 13, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 31, 2014 is continued to June 9, 2014, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address the status of the default proceedings.

        IT IS SO ORDERED.

Dated:  March 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1