UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc. ,<br><br>    Plaintiff,<br><br>v.<br><br>Machuca, et al.,<br><br>    Defendant. | Case No. 2:13-cv-1228 GEB KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ruben Contreras Machuca and Silvia Ochoa Gomez

Date:  April 28, 2014                                   MARIANNE MATHERLY, CLERK

                                                                          By: /s/ C. Manzer
                                                                          Deputy Clerk